FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD
OCT 14 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IAN DAVIDSON CARPENTER,<br><br>Defendants. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:26-CR-00224-JAD-BNW-1<br><br>**<u>VIOLATIONS:</u>**<br><br>18 U.S.C. § 115(a)(1)(B) – Influencing Federal Official by Threat<br><br>18 U.S.C. § 875(c) – Interstate Communications with Threat to Injure<br><br>18 U.S.C. §§ 922(g)(2) and 924(a)(8) – Possession of Firearm by a Prohibited Person (Fugitive) |

**THE GRAND JURY CHARGES THAT:**

**<u>COUNT ONE</u>**
Influencing Federal Official by Threat
(18 U.S.C. § 115(a)(1)(B))

On or about September 30, 2026, in the State and Federal District of Nevada and elsewhere,

**IAN DAVIDSON CARPENTER,**

defendant herein, willfully and knowingly threatened to murder Kash Patel, Director of the Federal Bureau of Investigation, with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, or with intent retaliate against Kash Patel on account of the performance of his official duties, in violation of Title 18, United States Code, Section 115.

**<u>COUNT TWO</u>**
Interstate Communications with Threat to Injure
(18 U.S.C. § 875(c))

On or about September 30, 2026, in the State and Federal District of Nevada and elsewhere,

**IAN DAVIDSON CARPENTER,**

defendant herein, knowingly and willfully transmitted in interstate and foreign commerce, a communication to Kash Patel containing a threat to injure Kash Patel, all in violation of Title 18, United States Code, Section 875(c).

**<u>COUNT THREE</u>**
Possession of Firearm by a Prohibited Person (Fugitive)
(18 U.S.C. §§ 922(g)(2) and 924(a)(8))

On or about October 2, 2026, in the State and Federal District of Nevada,

**IAN DAVIDSON CARPENTER,**

defendant herein, knowing he was a fugitive from justice, knowingly possessed a firearm, that is: a Windham Weaponry model WW-15 multi-caliber semiautomatic rifle bearing serial number YE033458, said possession being in and affecting interstate commerce and

said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(2) and 924(a)(8).

**DATED:** this 14th day of October, 2026.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

TODD BLANCHE
Attorney General of the United States

DANIEL COWHIG
Assistant United States Attorney